UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JANET VERNON** | **CIVIL ACTION** |
| **VERSUS** | **NO: 15-2083** |
| **TANGIPAHOA PARISH SCHOOL SYSTEM** | **SECTION: "H"** |

## ORDER

Before the Court is a Report and Recommendation recommending the dismissal of this matter (Doc. 7), Plaintiff's Objection thereto (Doc. 15), Plaintiff's Motion for Extension of Time for Service (Doc. 14), and Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion to Dismiss (Doc. 11).

Accordingly;

**IT IS ORDERED** that, having established good cause, Plaintiff's Motion for Extension of Time for Service (Doc. 14) is **GRANTED**.

**IT IS FURTHER ORDERED** that this Court declines to adopt the Magistrate Judge's Report and Recommendation, holding that Plaintiff has timely filed a waiver of service into the record (Doc. 8), and dismissal would therefore be inappropriate.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion to Dismiss is **GRANTED** (Doc. 11). Defendant's Motion to Dismiss (Doc. 9) shall be **SET** for submission on February 10, 2016. Any opposition shall be filed in accordance with Local Rule 7.5.

New Orleans, Louisiana this 15th day of January, 2016.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**